UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                        Plaintiff,

                                                                   DECISION AND ORDER

                                                                   03-CR-6096L
                                                                   09-CV-6042L

                                    v.

DARRYL WILDS, a/k/a Ice,

                                        Defendant.
_____

      Pursuant to the mandate of the United States Court of Appeals for the Second Circuit filed in this Court on May 1, 2009, petitioner is hereby directed to file an amended petition under 28 U.S.C. § 2255, within forty-five (45) days of the date of entry of this Order. Petitioner's failure to file an amended petition as directed in this Order may result in the dismissal of this action with prejudice.

      IT IS SO ORDERED.

                                                      _____
                                                        DAVID G. LARIMER
                                                        United States District Judge

Dated: Rochester, New York
        August 14, 2009.